IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CARNELL ARAUS,

    Petitioner

v.

V. F. MOONEY,

    Respondent

CIVIL NO. 4:15-CV-825

(Judge Brann)

## ORDER

MAY 3, 2017

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Araus' habeas corpus petition is **DENIED.**

2. The Clerk of Court is directed to **CLOSE** this case.

3. Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge